# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

**JODI ANN BISSELL,**

    **Plaintiff,**

    vs.

**COMMISSIONER OF SOCIAL SECURITY,**

    **Defendant.**

Civil Action 2:18-cv-01735

Chief Magistrate Judge Elizabeth P. Deavers

## ORDER

Plaintiff's Motion for an Award of Attorney's Fees Under the Equal Access to Justice Act ("EAJA"), 28 U.S.C. § 2412, requesting an award to Plaintiff of attorney fees and costs in the amount of **$2,515.50**, is **GRANTED**. (ECF No. 23). Accordingly, Plaintiff is **AWARDED** attorneys' fees, expenses, and costs in the amount of **$2,515.50**, payable to Plaintiff. If Plaintiff does not owe a debt to the United States, the Government should honor an assignment of Plaintiff's EAJA fees to her counsel.

    **IT IS SO ORDERED.**

**DATE: January 15, 2020**              /s/ *Elizabeth A. Preston Deavers*
                                          **ELIZABETH PRESTON DEAVERS**
                                          **CHIEF UNITED STATES MAGISTRATE JUDGE**